# SPECIAL ORDERS

In this section are orders of the Court of general interest to the bench and bar of the state.

*Order Entered March 11, 2013:*

*In re* HERNANDEZ/VERA MINORS, Docket No. 312136. The Court orders that its opinion issued February 7, 2013, is hereby vacated. A new opinion will be issued.*

---

* New opinion issued April 16, 2013, as an unpublished opinion per curiam—REPORTER.